William D. Hyslop
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 6 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

KYLE RAY CAMPBELL,
CAMERON EARL CAMPBELL,
LEANN MARIE WAKE, and
CASEY RAY BOCKMAN

Defendants.

2:20-CR-72-RMP

INDICTMENT

Vio.: 21 U.S.C. §§ 841(a)(1),
(b)(1)(A)(vi), 846
Conspiracy to Distribute 400 Grams
or More of Fentanyl (Count 1)

21 U.S.C. § 841(a)(1),
(b)(1)(A)(vi)
Possession with the Intent to
Distribute 400 Grams or More of
Fentanyl (Count 2)

Forfeiture Allegations
21 U.S.C. § 853

The Grand Jury charges:

COUNT 1

Beginning on a date unknown but by on or about October 2019, continuing until on or about June 16, 2020, in the Eastern District of Washington and elsewhere, the Defendants, KYLE RAY CAMPBELL, CAMERON EARL CAMPBELL, LEANN MARIE WAKE, and CASEY RAY BOCKMAN, did

INDICTMENT – 1

knowingly and intentionally combine, conspire, confederate and agree together with each other and other persons, both known and unknown to the Grand Jury, to commit the following offense: Distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi); all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about February 12, 2020, in the Eastern District of Washington, the Defendant, CAMERON EARL CAMPBELL, knowingly and intentionally possessed with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offenses in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendants, KYLE RAY CAMPBELL, CAMERON EARL CAMPBELL, LEANN MARIE WAKE, and CASEY RAY BOCKMAN, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses.

If any of the property described above, as a result of any act or omission of the Defendants:

INDICTMENT – 2

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 16 day of June 2020.

_____
William D. Hyslop
United States Attorney

_____
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 3