FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 16 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

PENALTY SLIP

DEFENDANT:  **CASEY RAY BOCKMAN**

TOTAL NO. COUNTS:  1

**VIO:** 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846
**Conspiracy to Distribute Fentanyl 400 Grams or More of Fentanyl (Count 1)**

**PENALTY:** CAG not less than 10 years nor more than life;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to
21 U.S.C. §§ 862 and 862a

**Notice of Criminal Forfeiture Allegations:** 21 U.S.C. § 853

CASE NO.  2:20-CR-72-RMP-4

AUSA INITIAL  CAB _____