FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 03, 2021

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

CASE NAME: CASEY RAY BOCKMAN          CASE NO. 4:20-cr-06018-SAB-4

TOTAL # OF COUNTS: 3    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to Distribute 400 Grams or More of Fentanyl | CAG not less than 10 years nor more than life; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
| 3, 4 | 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of Fentanyl | CAG up to 20 years; and/or $1,000,000 fine; not less than 3 years nor more than life supervised release; a $100 special penalty assessment; denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
| | 21 U.S.C. § 853, 18 U.S.C. § 924(d)(l), 28 U.S.C. § 2461(c), | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |